UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGERSOLL-RAND COMPANY,

        Plaintiff,

v.

CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America),

        Defendant.

**STATEMENT OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Civil Action No. 07-CV-4825 (LTS)

---

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Century Indemnity Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

(1)    The parent corporations of Century Indemnity Company are: Brandywine Holdings Corporation, INA Financial Corporation, INA Corporation, ACE INA Holdings, Inc., ACE Prime Holdings, Inc. and ACE Limited; and

(2)    ACE Limited owns 100% of the stock of ACE Prime Holdings, Inc. and 20% of the stock of ACE INA Holdings, Inc.; ACE Prime Holdings, Inc. holds 80% of the stock of ACE INA Holdings, Inc., which owns 100% of the stock of INA Corporation, which holds 100% of the stock of INA Financial Corporation,

which holds 100% of the stock of Brandywine Holdings Corporation, which holds 100% of the stock of plaintiff Century Indemnity Company.

Dated:   June 6, 2007                    Respectfully submitted,

**CROWELL & MORING LLP**

By: _/s/ Frank M. Esposito_
Frank M. Esposito, Esq.

153 East 53rd St.
31st Floor
New York, NY 10022
212-223-4000 (ph)
212-223-4134 (fax)

-and-

**CROWELL & MORING LLP**
David Florin, Esq.
Kathryn A. Underhill, Esq.
Margot L. Green, Esq.
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
202-624-2500 (ph)
202- 628-5116 (fax)

Attorneys for Defendant Century Indemnity Company

DCIWDMS: 3394081_1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 6th day of June, 2007, I caused a copy of the foregoing Statement of Interested Parties Pursuant To Federal Rule of Civil Procedure 7.1 to be delivered via first class mail to the following individuals:

> Steven H. Weisman
> McCarter & English, LLP
> 245 Park Avenue, 27th Floor
> New York, NY 10167-0001
>
> Attorneys for Plaintiff
> Ingersoll-Rand Company

_____
Frank M. Esposito