# crowell moring

153 East 53rd Street, 31st Floor, New York, NY 10022-4611 ▪ p212 223-4000 ▪ f212 223-4134

June 11, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007

**VIA FACSIMILE**

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ingersoll-Rand Company v. Century Indemnity Company*
Docket No.: 07-CV-4825 (LTS)

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Dear Judge Swain:

We represent defendant Century Indemnity Company ("Century") in the above-referenced action. We are writing with the consent of counsel for plaintiff Ingersoll-Rand Company ("Ingersoll-Rand") to request a two day enlargement of Century's time to answer, move or otherwise respond to the removed Complaint in this action. No prior request for extension has been made.

By way of background, a related matter was previously pending before Your Honor in the identically captioned case, docketed as 06-CV-6476 ("Prior Action"). At the parties' request, on December 18, 2006, the Court dismissed the Prior Action pursuant to FRCP 41(a)(2) to enable private mediation. After the parties' discussions did not result in settlement, counsel for Ingersoll-Rand re-filed a Complaint in New York State Supreme Court. Century removed the action on June 6, 2007.

The two day enlargement will permit the parties to fully examine the issues herein and will further the parties' scheduling interests. Consequently, we respectfully request that Century's time to answer, move or otherwise respond to the Complaint be enlarged from June 13, 2007 to June 15, 2007.

Thank you for your consideration of this request.

*The request is granted*
**SO ORDERED.**

Respectfully submitted,

_/s/ Laura Taylor Swain_ 6/12/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Frank M. Esposito

cc (via facsimile): Steven H. Weisman, Esq.