# crowell moring

153 East 53rd Street, 31st Floor, New York, NY 10022-4611 • 212 223-4000 • 212 223-4134

June 11, 2007

**VIA FACSIMILE**

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: *Ingersoll-Rand Company v. Century Indemnity Company*
    Docket No.: 07-CV-4825 (LTS)

Dear Judge Swain:

We represent defendant Century Indemnity Company ("Century") in the above-referenced action. We are writing with the consent of counsel for plaintiff Ingersoll-Rand Company ("Ingersoll-Rand") to request a two day enlargement of Century's time to answer, move or otherwise respond to the removed Complaint in this action. No prior request for extension has been made.

By way of background, a related matter was previously pending before Your Honor in the identically captioned case, docketed as 06-CV-6476 ("Prior Action"). At the parties' request, on December 18, 2006, the Court dismissed the Prior Action pursuant to FRCP 41(a)(2) to enable private mediation. After the parties' discussions did not result in settlement, counsel for Ingersoll-Rand re-filed a Complaint in New York State Supreme Court. Century removed the action on June 6, 2007.

The two day enlargement will permit the parties to fully examine the issues herein and will further the parties' scheduling interests. Consequently, we respectfully request that Century's time to answer, move or otherwise respond to the Complaint be enlarged from June 13, 2007 to June 15, 2007.

Thank you for your consideration of this request.

The request is granted.
**SO ORDERED.**

Respectfully submitted,

_____ 6/12/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Frank M. Esposito

cc (via facsimile): Steven H. Weisman, Esq.

Crowell & Moring LLP • www.crowell.com • Washington, DC • California • New York • London • Brussels

TOTAL P.02

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on this 12th day of June, 2007, I caused a copy of the foregoing Order granting Defendant Century Indemnity Company's letter request for a two day enlargement of the period of time to answer, move or otherwise respond to the removed Complaint in this action to be delivered via e-mail to the following individuals:

      Anthony Bartell
      Steven H. Weisman
      McCarter & English, LLP
      245 Park Avenue, 27th Floor
      New York, NY 10167-0001

      Attorneys for Plaintiff
      Ingersoll-Rand Company

_____
Margot L. Green