UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY,<br><br>                Plaintiff,<br><br>                v.<br><br>CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America),<br><br>              Defendant. | Civil Action No. 07-CV-04825 (LTS) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law In Support of Century Indemnity Company's Motion to Dismiss, Or, In the Alternative, Stay This Action In Favor Of First Filed New Jersey Action, together with the exhibits thereto, and upon the prior pleadings and proceedings in this action, defendant Century Indemnity Company will move before United States District Judge Laura Taylor Swain at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order granting defendant's motion in its entirety.

Pursuant to Rule 2J of the presiding Judge's Individual Rules of Practice, Defendant Century Indemnity Company hereby requests that oral argument be heard on this motion.

Pursuant to Rule 2B of the presiding Judge's Individual Rules of Practice, Defendant Century Indemnity Company hereby certifies that it has used its best efforts to resolve informally the matters raised in this motion.

Dated:   June 15, 2007            Respectfully submitted,

**CROWELL & MORING LLP**

By: _____*s/ Frank M. Esposito*_____
　　　Frank M. Esposito, Esq. (FE2558)

153 East 53rd St.
31st Floor
New York, NY 10022
212-223-4000 (ph)
212-223-4134 (fax)

-and-

**CROWELL & MORING LLP**
David Florin, Esq.
Kathryn A. Underhill, Esq.
Margot L. Green, Esq.
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
202-624-2500 (ph)
202- 628-5116 (fax)

Attorneys for Defendant Century Indemnity Company

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of June, 2007, I caused a copy of the foregoing Notice of Motion to be delivered via first class mail to the following individuals:

>Anthony Bartell
>Steven H. Weisman
>McCarter & English, LLP
>245 Park Avenue, 27th Floor
>New York, NY 10167-0001
>
>Attorneys for Plaintiff
>Ingersoll-Rand Company

/s/ *Frank M. Esposito*<br>Frank M. Esposito

DCIWDMS: 3528434_1