UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, | Case No. 07-CV-4825 (LTS) (THK) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America), | |
| Defendant. | |

STATE OF NEW JERSEY   )
                     ) ss:
COUNTY OF ESSEX       )

    The undersigned, being duly sworn, deposes and says that I am over the age of 18 years, and am not a party to this action.

    That on the 5TH day of July, 2007, I served the within: Memorandum of Law in Opposition to Defendant's Dismissal Motion; Affidavits of Steven H. Weisman, Daniel L. Weiker and John Clary, with Exhibits, in Opposition to Defendant's Dismissal Motion; Plaintiff's Rule 7.1 Statement; and this Affidavit of Service, via overnight mail upon:

David Florin, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Frank Esposito, Esq.
Crowell & Moring LLP
153 E. 53rd Street, 31st Floor
New York, NY 10022

the addresses having been designated for that purpose by said attorneys, by depositing true copies of same, securely enclosed in a postpaid properly addressed wrapper, designated by the overnight mail service.

_____
Steven H. Weisman

Sworn and subscribed to before me this
5th day of July, 2007.

_____
Notary Public

LISA MARIE WHITE
A Notary Public of New Jersey
My Commission Expires November 14, 2009

ME1 6559771v.1