UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
INGERSOLL-RAND COMPANY,                  :
                                          :
                     Plaintiff,        :   Case No. 07-CV-4825 (LTS)(THK)
      v.                                  :
                                          :
CENTURY INDEMNITY COMPANY (as             :   **Rule 7.1 Statement**
successor to CCI Insurance Company, successor :
to Insurance Company of North America),   :
                                          :
                     Defendant.        :
-------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ingersoll-Rand Company ("Ingersoll Rand") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      1)    The ultimate parent corporation of Ingersoll Rand is: Ingersoll-Rand Company Ltd.

      2)    No publicly held company owns 10% or more of the shares of Ingersoll-Rand Company Ltd.

Dated: July 5, 2007

                                              Respectfully submitted,

                                              McCarter & English LLP

                                              By: _____
                                                 Steven H. Weisman, Esq. (SW2408)

                                              Attorneys for Plaintiff
                                               Ingersoll Rand Company
                                              245 Park Avenue, 27th Floor
                                              New York, New York 10167
                                              (212) 609-6800 (ph)
                                              (212) 609-6921 (fax)

ME1 6527842v.1