UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGERSOLL-RAND COMPANY,

    Plaintiff,

v.

CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America),

    Defendant.

---

Civil Action No. 07-CV-04825 (LTS) (THK)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 5 2007
```

## STIPULATION

  IT IS HEREBY STIPULATED AND AGREED as follows by and between the undersigned counsel for all parties in the above-captioned action:

  1. The time for plaintiff Ingersoll Rand Company to respond to defendant Century Indemnity Company's motion to dismiss, filed on June 15, 2007, is hereby adjourned and extended from June 29, 2007 to and including July 5, 2007.

Copies faxed Counsel / rem/
Chambers of Judge Swain

2. The time by which Century Indemnity Company must file its reply to Ingersoll Rand Company's proposed opposition is hereby adjourned and extended to July 31, 2007.

Dated: New York, NY
June 29, 2007

CROWELL & MORING LLP

By: _____
Frank M. Esposito, Esq. (FE2558)

153 East 53rd St.
31st Floor
New York, NY 10022
212-223-4000 (ph)
212-223-4134 (fax)

-and-

CROWELL & MORING LLP
David Florin, Esq.
Kathryn A. Underhill, Esq.
Margot L. Green, Esq.
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
202-624-2500 (ph)
202-628-5116 (fax)

Attorneys for Defendant
Century Indemnity Company

McCARTER & ENGLISH, LLP

By: _____
Steven H. Weisman, Esq. (SW2408)

Anthony Bartell
245 Park Avenue
27th Floor
New York, New York 10167-0001
(212) 609-6800 (ph)
(212) 609-6921 (fax)

Attorneys for Plaintiff
Ingersoll-Rand Company

SO ORDERED this 3rd day of July, 2007

_____
Hon. Laura Taylor Swain
U.S.D.J.

2