**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-4444
Facsimile: (973) 624-7070

Attorneys for Plaintiff
Ingersoll-Rand Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
INGERSOLL-RAND COMPANY,           :
                                  :
              Plaintiff,          :   Case No. 07-CV-4825 (LTS)(THK)
   v.                             :
                                  :
CENTURY INDEMNITY COMPANY (as     :
successor to CCI Insurance Company, successor :
to Insurance Company of North America), :
                                  :
              Defendant.          :
---------------------------------------------------------x

<u>**ENTRY OF APPEARANCE**</u>

Kindly enter the appearance of Steven H. Weisman of McCarter & English, LLP as counsel on behalf of plaintiff Ingersoll-Rand Company in the above-captioned case.

                                                **McCARTER & ENGLISH, LLP**

                                                By: /s/ Steven H. Weisman

                                                Steven H. Weisman (SW 2408)
                                                McCARTER & ENGLISH, LLP
                                                Four Gateway Center
                                                100 Mulberry Street
                                                Newark, New Jersey  07102
                                                (973) 622-4444 (ph)
                                                (973) 624-7070 (fax)
                                                sweisman@mccarter.com

                                                Attorneys for Plaintiff
                                                Ingersoll-Rand Company

Dated:  July 6, 2007

ME1 6560819v.1