UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, | Case No. 07-CV-4825 (LTS) |
| Plaintiff, | |
| v. | **MOTION TO ADMIT COUNSEL** |
| | **PRO HAC VICE** |
| CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America), | |
| Defendant. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven H. Weisman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Anthony Bartell
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973-639-2062
fax: 973-624-7070

and

Jason M. Alexander
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973-639-6983
fax: 973-624-7070

Anthony Bartell is a member in good standing of the Bar of the State of New Jersey; the United States District Court for the District of New Jersey; and the Third Circuit Court of

ME1 6546342v.1

Appeals.

Jason M. Alexander is a member in good standing of the Bar of the State of New Jersey and the United States District Court for the District of New Jersey.

There are no pending disciplinary proceeding against either Anthony Bartell or Jason M. Alexander in any State or Federal court.

Dated: July 5, 2007

Newark, New Jersey

                                    Respectfully submitted,

                                    Steven H. Weisman
                                    S.D.N.Y. Bar Code SW2408
                                    McCarter & English, LLP
                                    Four Gateway Center
                                    100 Mulberry Street
                                    Newark, New Jersey 07102
                                    ph: 973-639-5932
                                    fax: 973-624-7070

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, | Case No. 07-CV-4825 (LTS) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF STEVEN H. WEISMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America), | |
| Defendant. | |

STATE OF NEW JERSEY   )
                     ) ss:
COUNTY OF ESSEX       )

Steven H. Weisman, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of McCarter & English, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Anthony Bartell and Jason M. Alexander as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law on April 5, 1995. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Anthony Bartell since 1999.

4. I have known Jason M. Alexander since 1999.

ME1 6546816v.1

5.  Anthony Bartell is an partner in the law firm of McCarter & English, LLP in Newark, New Jersey.

6.  Anthony Bartell is a member in good standing in the Bars of: (1) the State of New Jersey; (2) the United States District Court for the District of New Jersey; and (3) the Third Circuit Court of Appeals. Attached hereto as Exhibit A are certificates of good standing for Mr. Bartell from the aforementioned jurisdictions.

7.  Jason M. Alexander is an associate in the law firm of McCarter & English, LLP in Newark, New Jersey.

8.  Jason M. Alexander is a member in good standing in the Bars of: (1) the State of New Jersey and (2) the United States District Court for the District of New Jersey. Attached hereto as Exhibit B are certificates of good standing for Mr. Alexander from the aforementioned jurisdictions.

9.  I have found Mr. Bartell and Mr. Alexander to be skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Civil Procedure.

10. Accordingly, I am pleased to move the admission of Anthony Bartell and Jason M. Alexander, pro hac vice.

11. I respectfully submit a proposed Order granting the admission of Anthony Bartell and Jason M. Alexander, pro hac vice, which is attached hereto as Exhibit C.

**WHEREFORE** it is respectfully requested that the motion to admit Anthony Bartell and Jason M. Alexander, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: July 5, 2007

Newark, New Jersey

                                    Respectfully submitted,

                                    Steven H. Weisman
                                    S.D.N.Y. Bar Code: SW2408
                                    McCarter & English, LLP
                                    Four Gateway Center
                                    100 Mulberry Street
                                    Newark, New Jersey 07102
                                    ph: 973-639-5932
                                    fax: 973-624-7070

Sworn and subscribed
to me this 5th day of July, 2007

*Lisa Marie White*

Notary Public

LISA MARIE WHITE
A Notary Public of New Jersey
My Commission Expires November 14, 2009

ME1 6546816v.1

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that  **ANTHONY BARTELL**
(No.   **041351986**   ) was constituted and appointed an Attorney at Law of New Jersey on   **December 22, 1986**   and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **27TH** day of **June**, 20 **07**

*Clerk of the Supreme Court*

-453a-

# Certificate of Good Standing



## United States of America

## District of New Jersey

    I,   WILLIAM T. WALSH,   *Clerk of the United States District Court for the District of New Jersey, do hereby certify that:*

*Anthony Bartell*

*was duly admitted to practice in said Court as of December 22, 1986, and is in good standing as a member of the Bar of said Court.*

Dated at Newark, New Jersey
on: June 28, 2007

WILLIAM T. WALSH, CLERK

By_____

Carey P. Carlisle, Deputy Clerk

U. S. District Court for the New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
# CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of Appeals for the Third Circuit, DO HEREBY CERTIFY THAT **Anthony Bartell** was admitted to practice before this Court as an attorney and counselor on **February 24, 1998** that he or she has never been suspended nor disbarred, and is presently a member of the bar of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or complaints pending before the Disciplinary Committee of this Court against said attorney and counselor.

IN TESTIMONY WHEREOF, I have hereunto
subscribed my name and affixed the seal
of the said Court, at Philadelphia,
this 25th day of June 2007.

MARCIA M. WALDRON, Clerk
United States Court of Appeals
For the Third Circuit

By: _____
Patricia S. Dodszuweit
Chief Deputy Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JASON M ALEXANDER** (No. **023212005**) was constituted and appointed an Attorney at Law of New Jersey on **December 10, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **27TH** day of **June**, 20 **07**

Clerk of the Supreme Court

-453a-

# Certificate of Good Standing



## United States of America

## District of New Jersey

    I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Jason M. Alexander*

was duly admitted to practice in said Court as of February 1, 2006, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: June 28, 2007

WILLIAM T. WALSH, CLERK

By_____

Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.*
*Contact Board of Bar Examiners, New Jersey State Supreme Court.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, | Case No. 07-CV-4825 (LTS) |
| Plaintiff, | |
| v. | **ORDER FOR ADMISSION PRO** |
| CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America), | **HAC VICE ON WRITTEN MOTION** |
| Defendant. | |

Upon the motion of Steven H. Weisman, attorney for Plaintiff Ingersoll-Rand Company ("Ingersoll Rand") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Anthony Bartell
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973-639-2062
fax: 973-624-7070

and

Jason M. Alexander
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973-639-6983
fax: 973-624-7070

are admitted to practice *pro hac vice* as counsel for Ingersoll Rand in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

ME1 6546969v.1

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July __, 2007

_____
Laura Taylor Swain, U.S.D.J.

ME1 6546969v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INGERSOLL-RAND COMPANY, | : Case No. 07-CV-4825 (LTS) |
| Plaintiff, | : |
| v. | : **AFFIDAVIT OF SERVICE** |
| CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America), | : |
| Defendant. | : |

STATE OF NEW JERSEY  )
                     )  ss:
COUNTY OF ESSEX      )

The undersigned, being duly sworn, deposes and says that he is over the age of 18 years, and is not a party to this action.

That on the 5TH day of July, 2007, he served the within Notice of Motion for Admission of Counsel *Pro Hac Vice*; Affidavit of Steven H. Weisman In Support of Motion To Admit Counsel *Pro Hac Vice* (with exhibits including a proposed form of Order); and this Affidavit of Service, via overnight mail upon:

David Florin, Esq.                    Frank Esposito, Esq.
Crowell & Moring, LLP                 Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.        153 E. 53rd Street, 31st Floor
Washington, D.C. 20004                New York, NY 10022

the addresses having been designated for that purpose by said attorneys, by depositing true copies of same, securely enclosed in a postpaid properly addressed wrapper, designated by the overnight mail service.

_____
Steven H. Weisman

Sworn and subscribed to before me this
5TH day of July, 2007.

*Lisa Marie White*
Notary Public

**LISA MARIE WHITE**
**A Notary Public of New Jersey**
**My Commission Expires November 14, 2009**

ME1 6557615v.1