UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| INGERSOLL-RAND COMPANY, | : | Case No. 07-CV-4825 (LTS) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **ORDER FOR ADMISSION PRO** |
| CENTURY INDEMNITY COMPANY (as | : | **HAC VICE ON WRITTEN MOTION** |
| successor to CCI Insurance Company, | : | |
| successor to Insurance Company of North | : | |
| America), | : | |
| | : | |
| Defendant. | : | |
| | : | |

Upon the motion of Steven H. Weisman, attorney for Plaintiff Ingersoll-Rand Company

("Ingersoll Rand") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Anthony Bartell
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973-639-2062
fax: 973-624-7070



and

Jason M. Alexander
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
ph: 973-639-6983
fax: 973-624-7070

are admitted to practice *pro hac vice* as counsel for Ingersoll Rand in the above captioned case in

the United States District Court for the Southern District of New York. All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

ME1 6546969v.1

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 13, 2007

Laura Taylor Swain, U.S.D.J.