**crowell | moring**

153 East 53rd Street, 31st Floor, New York, NY 10022-4611 • p212.223.4000 • f212.223.4134
June 19, 2007
> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: JUL 1 8 2007

**VIA FACSIMILE**

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not] fax such certification to Chambers.

Re: *Ingersoll-Rand Company v. Century Indemnity Company*
Docket No.: 07-CV-4825 (LTS) (THK)

Dear Judge Swain:

    We represent defendant Century Indemnity Company ("Century") in the above-referenced action. We are writing to request an adjournment of the initial conference in this matter, currently scheduled for September 21, 2007 at 4:00 p.m. This is the second request for an enlargement of time Century has made in this action, the previous request for an additional two days to respond to the Complaint, made on consent, having been granted by Your Honor on June 15, 2007. Opposing counsel likewise consents to this request for adjournment.

    Yom Kippur, one of the holiest days of the Jewish calendar, begins at sundown on September 21st. Certain counsel for both parties ordinarily observe Yom Kippur, but will be unable to do so if required to attend an initial conference on September 21st. October 12, 2007 is a date convenient for both parties to attend an initial conference and, therefore, if convenient for the Court, we respectfully request that the initial conference be moved to that date.

    We apologize for any inconvenience this may cause the Court.

Respectfully submitted,

/s/ Frank M. Esposito
Frank M. Esposito

cc (via facsimile): Anthony Bartell, Esq.
Steven H. Weisman, Esq.

*The conference is adjourned to October 12, 2007 at 10:15 AM.*

**SO ORDERED.**

/s/ Laura Taylor Swain 7/17/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE