SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGERSOLL-RAND COMPANY,

    Plaintiff,

v.

CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America),

    Defendant.

Civil Action No. 07-CV-04825 (LTS) (THK)

**NOTICE OF MOTION TO ADMIT PAUL W. KALISH *PRO HAC VICE***

---

PLEASE TAKE NOTICE that upon the annexed affidavit of Paul W. Kalish, sworn to on October 4, 2007, and the Certificate of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order admitting Paul W. Kalish *pro hac vice* to argue or try this case in whole or in part as counsel for defendant Century Indemnity Company (as successor to CCI Insurance Company, successor to Insurance Company of North America). There are no disciplinary proceedings pending against Paul W. Kalish in any State or Federal Court.

In accordance with Rule 2(B) of the Court's Individual Practice Rules, counsel to the parties have conferred with respect to the relief requested herein, and counsel to plaintiff consents to the admission *pro hac vice* of Paul W. Kalish.

Dated: October 5, 2007

                                        CROWELL & MORING LLP

                                        By: _____
                                            Frank M. Esposito (FE2558)
                                        153 East 53rd St., 31st Floor
                                        New York, NY 10022
                                        (212) 223-4000
                                        Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGERSOLL-RAND COMPANY,

              Plaintiff,

v.

CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America),

              Defendant.

Civil Action No. 07-CV-04825 (LTS) (THK)

**AFFIDAVIT OF PAUL W. KALISH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

City Of Washington  )
                           ) ss.:
District Of Columbia  )

Paul W. Kalish, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Crowell & Moring LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. I am a member in good standing of the District of Columbia Bar (Certificate of Good Standing attached hereto) and the Maryland State Bar.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

*[signature]*
Paul W. Kalish
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
pkalish@crowell.com
(202) 624-2500

Dated: October 4, 2007

*[signature]*
Notary Public

anté Williams
ary Public, District of Columbia
Commission Expires 2-14-2009

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGERSOLL-RAND COMPANY,

           Plaintiff,

      v.

CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America),

           Defendant.

Civil Action No. 07-CV-04825 (LTS) (THK)

**CERTIFICATE OF SERVICE**

---

I certify that on October 5, 2007, I caused true and correct copies of (a) the Notice of Motion to Admit Paul W. Kalish *Pro Hac Vice*, (b) the Affidavit of Paul W. Kalish, sworn to on October 4, 2007, and the Certificate of Good Standing annexed thereto, and (c) a proposed Order granting Paul W. Kalish admission *pro hac vice*, to be served upon (1) Steven H. Weisman, Esq., attorney for plaintiff, McCarter & English, LLP, 245 Park Avenue, New York, New York 10167-0001, and (2) Anthony Bartell, Esq., attorney for plaintiff, McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, P.O. Box 652, Newark, New Jersey 07101-0652, by first class mail by depositing same, enclosed in properly addressed and postage paid envelopes, in an official depository under the exclusive custody and control of the United States Postal Service located in New York, New York.

Dated: October 5, 2007

By: _____
Frank M. Esposito (FE2558)
CROWELL & MORING LLP
Attorneys for Defendants
153 East 53rd St., 31st Floor
New York, NY 10022
(212) 223-4000
fesposito@crowell.com



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

PAUL WILLIAM KALISH

was on the 9TH day of MARCH, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 3, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk