UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INGERSOLL-RAND COMPANY,

            Plaintiff,

v.

CENTURY INDEMNITY COMPANY (as successor to CCI Insurance Company, successor to Insurance Company of North America),

            Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 1 2007

Civil Action No. 07-CV-04825 (LTS) (THK)

**ADMISSION TO PRACTICE**
*PRO HAC VICE*

---

The motion for the admission of David Florin to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, David Florin, is permitted to argue or try this particular matter in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms the appearance of David Florin as counsel to defendant in this case, and it will be entered on the Court's docket. A notation of his admission *pro hac vice* for the above listed case will be made on the roll of attorneys. In addition, he must register with Electronic Case Filing in this case.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: 10/11/2007

                                                      _____
                                                      United States District Judge