UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

INGERSOLL-RAND COMPANY,

        Plaintiff,

-v-                                            No. 07 Civ. 4825 (LTS)(THK)

CENTURY INDEMNITY COMPANY
(as successor to CCI Insurance
Company, successor to Insurance
Company of North America),

        Defendant.

-------------------------------------------------------x

### ORDER[1]

It is hereby ordered that, in light of the pending Motion to Dismiss, the initial pre-trial conference in the above-captioned matter that was scheduled for Monday, November 5, 2007, at 4:00 p.m., is adjourned to Tuesday, December 11, 2007, at 12:30 p.m.

SO ORDERED.

Dated: New York, New York
       October 10 , 2007

/s/ LAURA TAYLOR SWAIN
United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order for each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are unrepresented. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel for any party who have not registered for ECF are ordered to register as filing users in accordance with the Procedures for Electronic Case Filing immediately.*