# MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.



### McCARTER ENGLISH
#### ATTORNEYS AT LAW

December 5, 2007

**VIA FACSIMILE AND REGULAR MAIL**

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: DEC 1 0 2007**

Anthony Bartell
T. 973.639.2062
F. 973 624 7070
abartell@mccarter.com

*Re: Ingersoll-Rand Company v. Century Indemnity Company*
Civil Action No. 07-CV-4825(LTS)(THK)

Dear Judge Swain:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

We represent plaintiff Ingersoll-Rand Company. This letter confirms my conversation with your chambers this morning regarding the status of settlement discussions between the parties. I am pleased to advise the parties reached a tentative settlement at the November 14, 2007 Conference before Judge Martinotti. Given this development, the parties respectfully request that Your Honor adjourn the December 11, 2007 Initial Pretrial Conference for thirty (30) days to give the parties an opportunity to finalize their settlement. We, of course, will keep Your Honor apprised of all pertinent developments.

If Your Honor has any questions or comments, please do not hesitate to contact me.

Respectfully submitted,

Anthony Bartell

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

cc: Hon. Brian R. Martinotti, J.S.C. (via reg. mail)
Paul W. Kalish, Esq. (via e-mail and reg. mail)
David Florin, Esq. (via e-mail and reg. mail))

The conference is adjourned to January 18, 2008, at 4:30 pm.

**SO ORDERED.**

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

12/7/2007

ME1 0965210v.1

Copies faxed to Counsel of Record
Chambers of Judge Swain