



# McCARTER ENGLISH
ATTORNEYS AT LAW

January 9, 2008

**VIA FACSIMILE AND REGULAR MAIL**

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Anthony Bartell
T. 973.639-2062
F. 973.624.7070
abartell@mccarter.com

Re: *Ingersoll-Rand Company v. Century Indemnity Company*
Civil Action No. 07-CV-4825(LTS)(THK)

Dear Judge Swain:

We represent plaintiff Ingersoll-Rand Company. This letter confirms my conversation with Your Honor's chambers on Monday, January 7, 2008 regarding the parties' negotiations over a settlement agreement. Although the parties continue making progress, they have not yet finalized an agreement. The parties, therefore, respectfully request Your Honor adjourn the January 18, 2008 Initial Pretrial Conference for thirty (30) days to give the parties an opportunity to resolve their remaining disputes over the agreement's terms.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

If Your Honor has any questions or comments, please do not hesitate to contact me.

Respectfully submitted,

Anthony Bartell

cc: Hon. Brian R. Martinotti, J.S.C. (via reg. mail)
Paul W. Kalish, Esq. (via e-mail and reg. mail)
David Florin, Esq. (via e-mail and reg. mail))

The conference is adjourned to February 29, 2008, at 10:00AM.

SO ORDERED.

_[signature]_ 1/14/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

BOSTON
HARTFORD
NEW YORK
NEWARK
PHILADELPHIA
STAMFORD
WILMINGTON

ME1 7039256v.1