153 East 53rd Street, 31st Floor, New York, NY 10022-4611 ▪ p212 223-4000 ▪ f212 223-4134

# crowell moring

February 25, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

FEB 2 6 2008

**MEMO ENDORSED**

**VIA FACSIMILE**

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ingersoll-Rand Company v. Century Indemnity Company*
Civil Action No. 07-CV-4825 (LTS)(THK)

Dear Judge Swain,

We represent defendant Century Indemnity Company in the above-referenced matter. Pursuant to my phone conversation with Your Honor's clerk this afternoon, and with the consent of plaintiff Ingersoll-Rand Company, we write to request an adjournment of the pretrial conference currently scheduled for February 29, 2008. Although the parties continue to make progress toward settlement, a final agreement has not yet been reached. The parties therefore respectfully request that Your Honor adjourn the February 29, 2008 Initial Pretrial Conference for thirty (30) days so that the parties may have an opportunity to finalize an agreement. This is the third request the parties have made for an adjournment of the pretrial conference on the basis of our continuing, good-faith settlement discussions. All prior requests have been granted.

If Your Honor has any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

Frank M. Esposito

The conference is adjourned to April 4, 2008 at 2:15pm.

SO ORDERED.

2/25/2008

LAURA TAYLOR SWAIN
DISTRICT JUDGE

cc: Hon. Brian R. Martinotti, J.S.C. (via facsimile)
Steven H. Weisman, Esq. (via facsimile)
Anthony Bartell, Esq. (via facsimile)