

April 1, 2008

**VIA FACSIMILE**

Steven H. Weisman
T. 973.848.5332
F. 973.624.7070
sweisman@mccarter.com

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Re: *Ingersoll-Rand Company v. Century Indemnity Company*
Civil Action No. 07-CV-4825(LTS)(THK)

Dear Judge Swain:

We represent plaintiff Ingersoll-Rand Company.

Further to our telephone discussion with Your Honor's law clerk on Friday, plaintiff and defendant Century Indemnity Company respectfully request a further adjournment of the Initial Pretrial Conference scheduled for Friday, April 4, 2008. The parties continue their discussions and have drawn very close to finalizing a written settlement agreement. Your Honor graciously has granted all prior adjournment requests.

If Your Honor wishes to discuss the parties' request, please do not hesitate to contact me.

BOSTON

HARTFORD

Respectfully submitted,

NEW YORK

Steven H. Weisman

NEWARK

cc: David Florin, Esq. (via facsimile)
Frank M. Esposito, Esq. (via facsimile)

PHILADELPHIA

*The conference is adjourned to May 23, 2008, at 10:00AM.*

STAMFORD

**SO ORDERED.**

WILMINGTON

4/1/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

ME1 7255885v.1