*Susan LS.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

INGERSOLL-RAND COMPANY,

                       Plaintiff

v.

CENTURY INDEMNITY COMPANY (as
successor to CCI Insurance Company,
successor to Insurance Company of North
America),

                       Defendant

Case No. 07-CV-4825 (LTS) (THK)

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **APR 1 6 2008**

    **IT IS HEREBY STIPULATED AND AGREED** by the parties, by and through their

counsel, that this matter, including all claims and counterclaims, shall be dismissed pursuant to

Fed. R. Civ. Pro. 41(a)(1)(A)(ii), without prejudice and without costs to any party.

Dated: April 14, 2008

**McCARTER & ENGLISH, LLP**

By: _____
    Steven H. Weisman, Esq. (SW2408)

    Anthony Bartell
    (Admitted *Pro Hac Vice*)
245 Park Avenue
27th Floor
New York New York 10167-0001
(212) 609-6800 (ph)
(212) 609-6921 (fax)

Attorneys for Ingersoll Rand
Company

**CROWELL & MORING LLP**

By: _____
    Frank M. Esposito, Esq. (FE2558)

153 East 53rd St., 31st Floor
New York, NY 10022
212-223-4000 (ph)
212-223-4134 (fax)

Attorneys for Century Indemnity
Company

The Clerk of Court is requested to
terminate all motions and close
the case.
**SO ORDERED:**

_____ 4/15/08
        **U.S.D.J.**

ME1 7273102v.1